1  Honorable Ricardo S. Martinez

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

PUGET SOUND ELECTRICAL WORKERS

10  HEALTHCARE TRUST; PUGET SOUND

ELECTRICAL WORKERS PENSION TRUST;

11  PUGET SOUND ELECTRICAL WORKERS

401(K) SAVINGS PLAN TRUST; PUGET

12  SOUND ELECTRICAL JOINT APPRENTICESHIP

AND TRAINING TRUST; and NATIONAL

13  ELECTRICAL BENEFIT FUND,

14  Plaintiffs,

15  v.

16  COMMUNICATION ENERGY TECHNOLOGY

SOLUTIONS, INC., a Washington

17  corporation; THOMAS K. JORDAN, an

individual,

18

Defendants.

Cause No. 17-cv-0500 RSM

ORDER ON MOTION FOR ENTRY OF
DEFAULT JUDGMENT

19

        This matter is before the Court on the plaintiff Puget Sound Electrical Workers Trust

20

Funds' motion for entry of default judgment.  The Court has considered the motion,

21

supporting papers with attached exhibits, as well as the pleadings, records, and court files

22

in this matter, and ORDERS:

23

        1.      The plaintiff Trust Funds' motion for entry of default judgment is GRANTED;

24

25

        2.      The Court finds that defendant Communication Energy Technology

                Solutions, Inc. is liable to the plaintiff Trust Funds under the provisions of

26

**EKMAN CUSHING MAXWELL,
P.S.**
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds the defendant Communication Energy Technology Solutions, Inc. is liable to the plaintiff Trust Funds for the period November 2016 through February 2017 for: (i) $35,455.74 in fringe benefit contributions; (ii) $3,530.52 in liquidated damages; and (iii) $1,891.50 in accrued, pre-judgment interest;

4. The Court finds the defendant Communication Energy Technology Solutions, Inc. is liable to the plaintiff Trust Funds for $6,258.00 in attorney fees and $538.00 in costs directly related to this action;

5. The Court finds that defendant Thomas K. Jordan has joint and several liability for $3,110.21 of the above-listed fringe benefit contributions, representing $752.21 in vacation pay and $2,358.00 in 401(k) contributions withheld from employee paychecks but not remitted to the plaintiff Trust Funds;

6. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g); and

7. The Clerk of the Court is directed to enter judgment against defendant Communication Energy Technology Solutions, Inc. and Thomas K. Jordan consistent with this order.

Dated: July 12, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221